**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOMINGO ANDRES-PEDRO, | No. 06-72932 |
| Petitioner, | |
| | Agency No. A072-522-398 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:   CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Domingo Andres-Pedro, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision granting the government's motion to terminate

removal proceedings.  We dismiss the petition for review.

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because an order terminating removal proceedings is not an order of removal, we lack jurisdiction over Andres-Pedro's petition for review. *See Alcala v. Holder*, 563 F.3d 1009, 1013 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**